UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SERVIN,<br><br>    Petitioner,<br><br>    v.<br><br>G. MATTESON,<br><br>    Respondent. | Case No. 2:20-cv-02494-PSG-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: April 8, 2020

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE